**Carl LEOPOLD, Petitioner–Appellant,**

v.

**Mike KNOWLES, Warden, Respondent–Appellee.**

No. 06–17173.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Jan. 18, 2008.

Carl Leopold, Represa, CA, pro se.

Juliet B. Haley, Esq., Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Carl Leopold, a California state prisoner, appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Leopold contends that the California state courts unreasonably applied clearly established federal law by denying his request for a free transcript of the entire voir dire for use on appeal. He relies on *Boyd v. Newland,* 467 F.3d 1139, 1150 (9th Cir.2006), *cert. denied,* —— U.S. ——, 127 S.Ct. 2249, 167 L.Ed.2d 1089 (2007), in which this court held that "the state court's refusal to provide Petitioner with the whole voir dire transcript, in the face of a plausible [*Batson v. Kentucky,* 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986) ] claim, involved an unreasonable application of clearly established Supreme Court precedent."

We disagree. Leopold never appealed the trial court's denial of his initial *Batson* motions, or raised this *Batson* claim before the district court, and the issue was both waived and unexhausted. Thus, because Leopold never asserted a "plausible *Batson* claim" in his appeals or habeas petitions, the California courts did not unreasonably apply clearly established federal law in not providing him with the entire

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

voir dire transcript. *Cf. Boyd v. Newland,* 467 F.3d at 1150.

We deny Leopold's motion for appointment of counsel.

**AFFIRMED.**